District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 6/19)

Case 3:22-cv-01294-CL     Document 1     Filed 08/29/22     Page 1 of 12

FILED 29 AUG '22 10:23 USDC-ORP

Page 2 of 10

# UNITED STATES DISTRICT COURT
## District of Oregon

Johnny Estorga
*Petitioner*

v.

DeWayne Hendrix
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. **3:22-cv-01294-CL**
*(to be assigned by the Clerk of Court)*

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Johnny Estorga
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: FCI Sheridan
   (b) Address: P.O. Box 6000
   Sheridan, Oregon 97378
   (c) Your identification ("SID") number: 95355-298

3. Are you currently being held on orders by:
   ☒ Federal authorities  ☐ State authorities  ☐ Other - explain:

4. Indicate that you are currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of the court that sentenced you: United States District Court for the Southern District of California
   (b) Docket number of criminal case: 20-CR-01991-BAS
   (c) Date of sentencing: 10-19-2021
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

## Decision or Action You Are Challenging

5. Indicate what you are challenging in this petition:

   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: FCI Sheridan Case Manager Soldati
   FCI Sheridan, Sheridan, Oregon

   (b) Docket number, case number, or opinion number: None

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   The failure to remove "Pending Charges" from the Petitioner's Individual Needs Plan and his Central File.

   (d) Date of the decision or action: August 23, 2022

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes          ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

District of Oregon Corresponds to AO 242
Case 3:22-cv-01294-CL     Document 1     Filed 08/29/22     Page 3 of 12
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 6/19)
Page 4 of 10

(b) If you answered "No," explain why you did not appeal: The Petitioner has confirmed that he has no Detainers and the "Pending Charges" are a clerical error, but appealing the decision is not possible as the Petitioner is to be released within 45 days.

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes   ☒ No
(a) If "Yes," provide:
　　(1) Name of the authority, agency, or court: _____
　　(2) Date of filing: _____
　　(3) Docket number, case number, or opinion number: _____
　　(4) Result: _____
　　(5) Date of result: _____
　　(6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes   ☒ No
(a) If "Yes," provide:
　　(1) Name of the authority, agency, or court: _____
　　(2) Date of filing: _____
　　(3) Docket number, case number, or opinion number: _____
　　(4) Result: _____
　　(5) Date of result: _____
　　(6) Issues raised: _____

District of Oregon
Corresponds to Case 3:22-cv-01294-CL    Document 1    Filed 08/29/22    Page 4 of 12
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 6/19)                                                                Page 5 of 10

_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____
_____

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☐ Yes          ☒ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

      ☐ Yes          ☐ No

      If "Yes," provide:
      (1) Name of court: _____
      (2) Case number: _____
      (3) Date of filing: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____
      _____
      _____
      _____
      _____

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

      ☐ Yes          ☒ No

      If "Yes," provide:
      (1) Name of court: _____
      (2) Case number: _____
      (3) Date of filing: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____
      _____

District of Oregon
Corresponds to Case 3:22-cv-01294-CL    Document 1    Filed 08/29/22    Page 5 of 12
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 6/19)                                                                                                         Page 6 of 10

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes            ☒ No

If "Yes," provide:

(a)     Date you were taken into immigration custody: _____

(b)     Date of the removal or reinstatement order: _____

(c)     Did you file an appeal with the Board of Immigration Appeals?

☐ Yes            ☐ No

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

(d)     Did you appeal the decision to the United States Court of Appeals?

☐ Yes            ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

District of Oregon
Corresponds to AO242
Case 3:22-cv-01294-CL   Document 1   Filed 08/29/22   Page 6 of 12
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 6/19)
Page 7 of 10

   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

_____

12. **Other appeals**

   Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

   ☐ Yes    ☒ No

   If "Yes," provide:

   (a) Kind of petition, motion, or application: _____
   (b) Name of the authority, agency, or court: _____

   (c) Date of filing: _____
   (d) Docket number, case number, or opinion number: _____
   (e) Result: _____
   (f) Date of result: _____
   (g) Issues raised: _____

_____

### Grounds for Your Challenge in This Petition

13. State every ground that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

   **GROUND ONE:** The Petitioner's attached Initial Needs Sheet ("A") contains errors that will hinder (or prevent) his release from federal custody and will effect his halfway house and pre-release status.

District of Oregon
Corresponds to AO 242
Case 3:22-cv-01294-CL    Document 1    Filed 08/29/22    Page 7 of 12
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 6/19)
Page 8 of 10

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The Petitioner's Initial Needs Sheet and BOP Central File includes errors that the Respondent's staff (Ms. Soldati) acknowledges. They include parole violations and references to the US Marshal and the Port of Entry. The Petitioner has contacted officials in the State of California and confirmed that there are no warrants for his arrest (see attached "B"). Additionally, the Petitioner met with his Case Manager Ms. Soldati on August 23, 2022 and she assured the Petitioner that these "Pending ***CONTINUED***

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes        ☐ No

Note: The date of the Petitioner's release (only 45 days from filing) does not allow for enough time to appeal.

~~GROUND TWO~~:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes        ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes        ☐ No

SUPPORTING FACTS CONTINUED

Charges" were not active and most likely a clerical error. As to the "parole violation" that has a docket number (FSB13834), Ms. Soldati assured the Petitioner that it was "taken care of".

However, the Respondent and his staff has not offered to provide documentary confirmation of the correction of these errors and they remain on his Initial Needs Sheet. Therefore, the Petitioner has been told that his release from FCI Sheridan is in jeopardy as well as 18 USC 3621e sentence reduction and FSA Time Credit, both of which he has already earned.

District of Oregon
Corresponds to AO 242
Case 3:22-cv-01294-CL    Document 1    Filed 08/29/22    Page 9 of 12
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 6/19)                                                                                           Page 9 of 10

**GROUND FOUR:** _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

## Request for Relief

15. State what you want the Court to do: Order the Respondent and his staff to correct the Petitioner's Central File and Initial Needs Sheet or provide evidence that the Petitioner has pending charges that will effect his release and sentence computation.

District of Oregon Case 3:22-cv-01294-CL    Document 1    Filed 08/29/22    Page 10 of 12
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 6/19)                                                                                                          Page 10 of 10

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:*

August 24, 2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: August 24, 2022

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

\* As noted in the instructions to this form (at #6), if you are incarcerated at Snake River Correctional Institution, you must comply with the requirements of the E-Filing Program posted at the institution and set forth in Standing Order 2019-7. Accordingly, you must submit your filings in this case to Snake River Correctional Institution staff for scanning and electronic submission, instead of mailing the filing using the U.S. Postal Service. Please indicate the date you submitted this petition to Snake River Correctional Institution staff for scanning and electronic submission, if you are incarcerated there.



| | | | | |
|---|---|---|---|---|
| **Individualized Needs Plan - Program Review   (Inmate Copy)** | | | SEQUENCE: | 02261510 |
| Dept. of Justice / Federal Bureau of Prisons | | | Team Date: | 06-16-2022 |

Plan is for inmate: ESTORGA, JOHNNY   95355-298

| | | | |
|---|---|---|---|
| Facility: | SHE  SHERIDAN FCI | Proj. Rel. Date: | 07-19-2023 |
| Name: | ESTORGA, JOHNNY | Proj. Rel. Mthd: | FSRDAP CND |
| Register No.: | 95355-298 | DNA Status: | SHE08977 / 12-03-2021 |
| Age: | 53 | | |
| Date of Birth: | 12-29-1968 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Pending Charges

Multiple parole violations in Docket No. FSB13834.
4-19-2009 Calexico Police Department
   420 E 5th St, Calexico, CA 92231

1-28-2010 U.S. Marshals

4-24-2017 Calexico Port of Entry

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| SHE | FCI VISITP | FCI VISITING ORDERLY | 03-25-2022 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| SHE | ESL HAS | ENGLISH PROFICIENT | 12-06-2021 |
| SHE | GED EN | ENROLL GED NON-PROMOTABLE | 12-06-2021 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| SHE | | SPANISH GED CAMP | 12-29-2021 | CURRENT |
| SHE | C | PERSONAL GROWTH AND DEV (E6) | 05-06-2022 | 05-06-2022 |
| SHE | C | RELEASE PROCEDURES (E5) | 05-06-2022 | 05-06-2022 |
| SHE | C | INFO/COMM. RESOURCES (E4) | 04-29-2022 | 04-29-2022 |
| SHE | C | PERS. FIN. AND CONS. SK (E3) | 04-29-2022 | 04-29-2022 |
| SHE | C | EMPLOYMENT (E2) | 04-15-2022 | 04-15-2022 |
| SHE | C | HEALTH SERVICES (E1) | 04-15-2022 | 04-15-2022 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 12-17-2021 |
| CARE2 | STABLE, CHRONIC CARE | 12-08-2021 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 02-07-2022 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 12-21-2021 |
| YES F/S | CLEARED FOR FOOD SERVICE | 12-21-2021 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP PART | RESIDENT DRUG TRMT PARTICIPANT | 01-07-2022 |
| ED EXEM | DRUG EDUCATION EXEMPT | 01-05-2022 |
| ELIGIBLE | 18 USC 3621 RELEASE ELIGIBLE | 01-31-2022 |

### FRP Payment Plan



Maria Rhinehart
Court Executive Officer

Courthouse
939 Main Street
El Centro, CA 92243
(760) 482-2250

# The Superior Court of California
# County of Imperial

Date: April 7, 2022

Imperial County Superior Court
939 Main Street
El Centro, CA  92243

To: Johnny Estorga

Re: Pending cases

Dear Mr. Estorga,

The Court has received your letter requesting a search for any pending charges. After checking our records for all Courts in Imperial County and I am unable to locate any pending case. The case FSB13834 that you provided in your letter is not a case number from Imperial County. If you have any additional information that could help locate any pending cases, please feel free to contact the Court with any new information.

Sincerely,

Lorie Gonzales, Supervisor
Criminal Department Supervisor